984

No. 71–350. MIAMI BEACH FIRST NATIONAL BANK, EXECUTOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–380. IRONWORKERS LOCAL 86 ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–384. KLEIN v. BOWER ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–390. BESSESEN ET UX. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–393. DOWELL ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–394. LLOYD ET UX. v. CITY OF FORT PIERCE. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 71–398. THOMPSON ET UX. v. CLARK ET AL. Sup. Ct. Ill. Certiorari denied.

No. 71–402. OTTO v. HOUSTON BELT & TERMINAL RAILWAY Co. C. A. 5th Cir. Certiorari denied.

No. 71–406. MISCHLICH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–407. POLISHER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 71–409. COLLINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–432. COBB v. UNITED STATES. C. A. 2d Cir. Certiorari denied.